(JS-6)

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VICTOR ALONGE,<br><br>    Petitioner,<br><br>    v.<br><br>WARDEN, FCI VICTORVILLE II,<br><br>    Respondent. | Case No. 5:25-cv-00774-KK-RAO<br><br>**ORDER DISMISSING CASE**<br>**(Fed. R. Civ. P. 41(a)(1))** |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that: (1) the parties' Stipulation for Voluntary Dismissal is APPROVED; (2) Judgment be entered dismissing this action.

IT IS SO ORDERED.

DATED: June 17, 2025

Hon. Kenly Kiya Kato
United States Distric Judge